SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>Darlene Machado, et al,<br><br>    Defendants | Case No. **2:11-cv-01886-WBS-JFM PS**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

   IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Dated:  August 23, 2013

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE