```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01886-WBS-JFM PS** |
| Plaintiff; | ) **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | ) |
| Darlene Machado, et al, | ) |
| Defendants | ) |

IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Dated: August 23, 2013

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE